**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Marcos CASTILLO–HERNAN-**
**DEZ, Defendant–Appellant.**

**No. 03–40942**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2004.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:*

Jose Marcos Castillo–Hernandez contends for the first time on appeal that the

aggravated felony enhancement found in 8 U.S.C. § 1326(b) is unconstitutional under *Apprendi v. New Jersey,* 530 U.S. 466, 490, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). He concedes that this argument is foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), but asserts that *Almendarez–Torres* has been called into doubt by *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). *See United States v. Dabeit,* 231 F.3d 979, 984 (5th Cir.2000). He seeks to preserve the issue for possible Supreme Court review. The judgment is

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.